IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:19CR449-SRW |
| v. ) | [21 U.S.C. § 844(a)] |
| ) | |
| AMANDA BAGENTS ) | |
| ) | INFORMATION |

The United States Attorney charges:

COUNT 1
(Possession of a Controlled Substance)

On or about April 1, 2019, in Pike County, Alabama, within the Middle District of Alabama, the defendant,

AMANDA BAGENTS,

knowingly and intentionally possessed a controlled substance, to wit, tramadol, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 844(a).

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Jonathan S. Ross
Assistant United States Attorney